FILED

06/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0116

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS DEUTSCH, SR.,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 30, 2020, within which to prepare, serve, and file its response brief.

**DM**

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 1 2020